# IN THE UNITES STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COMPLEX MEMORY, LLC<br><br>    Plaintiff,<br><br>v.<br><br>HUAWEI DEVICE USA INC., HUAWEI DEVICE (DONGGUAN) CO., LTD., and HUAWEI DEVICE CO., LTD.<br><br>    Defendants. | Civil Action No. 2:17-cv-700-JRG<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW

Pursuant to Local Rule CV-11(c), Plaintiff Complex Memory, LLC ("Complex Memory") hereby files this unopposed motion for withdrawal of its attorneys Craig S. Jepson and Jeffrey G. Toler as counsel for Complex Memory in this action.

Attorney Jeffrey G. Toler was initially listed as attorney of record on the initial Complaint; however, he does not appear as attorney of record in CM/ECF for the above-captioned case. Out of an abundance of caution, Plaintiff respectfully requests the withdrawal of attorney Jeffrey G. Toler.

Upon the Court's granting of this motion, it is requested that the Clerk of Court please delete attorneys Craig S. Jepson and Jeffrey G. Toler from the list of persons receiving notices of electronic filings in this case.

Dated: February 15, 2018                                 Respectfully submitted,

                                                        */s/Craig S. Jepson*
                                                        Craig S. Jepson

Texas State Bar No. 24061364
Jeffrey G. Toler
Texas State Bar No. 24011201
TOLER LAW GROUP, PC
8500 Bluffstone Cove
Suite A201
Austin, Texas 78759
Tel: (512) 327-5515
Fax: (512) 327-5575
cjepson@tlgiplaw.com
jtoler@tlgiplaw.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 15, 2018.

*/s/Craig S. Jepson*
Craig S. Jepson